■ The People of the State of New York, Respondent, v Bernard Woolard, Appellant. [4 NYS3d 547]—

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Chun, J.), imposed October 22, 2013, upon his conviction of attempted assault in the first degree, upon his plea of guilty.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 267 [2011]; *People v Brown*, 122 AD3d 133 [2014]), and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Leventhal, Cohen and Maltese, JJ., concur.